William L. Mentlik
Roy H. Wepner
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:  908.654.5000
Fax:  908.654.7866

*Attorneys for Plaintiff Waddington North America, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WADDINGTON NORTH AMERICA, INC., | Civil Action No. 09-4883-JAG-MCA |
| Plaintiff, | |
| v. | District Judge Joseph A. Greenaway, Jr. |
| | Magistrate Judge Madeline Cox Arleo |
| SABERT CORPORATION, | |
| Defendant. | |

### ORDER ENLARGING TIME TO RESPOND TO COUNTERCLAIM

Defendant Sabert Corporation ("Sabert") having filed an answer, affirmative defenses, and six counterclaims; and

Plaintiff Waddington North America, Inc. ("WNA") having applied to the Court for an enlargement of time in which to respond to Sabert's counterclaims; and

Sabert having consented to the enlargement requested herein;

It is hereby ORDERED that the time in which WNA may answer, move, or otherwise respond to Sabert's counterclaims is hereby enlarged to ~~and including January 26, 2010,~~ 10 days after a Ruling on the Motion to dismiss, which shall be filed forthwith, a Briefing [Dec. 28 2009]

SO ORDERED:

Dated: 10 Dec 09
Newark, New Jersey

_____
Madeline Cox Arleo
United States Magistrate Judge

1171588_1.DOC