**Document Filed Electronically**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WADDINGTON NORTH AMERICA, INC., | : | Civil Action No. 09-4883-GEB-MCA |
| Plaintiff, | : | Chief Judge Garrett E. Brown, Jr. |
| v. | : | Magistrate Judge Madeline Cox Arleo |
| SABERT CORPORATION, | : | |
| Defendant. | x | |

### SECOND AMENDED SCHEDULING ORDER

IT IS HEREBY ORDERED that the January 21, 2010 Scheduling Order in this Action (Dkt.31), as amended by the June 21, 2010 First Amended Scheduling Order (Dkt.72), is amended as follows:

1. All fact discovery shall be completed no later than **December 31, 2010**.

2. A telephone status conference is scheduled for **November 17, 2010, at 12:00 p.m.**

**SO ORDERED:**

Dated: August 31, 2010
Newark, New Jersey

_____
Madeline Cox Arleo
United States Magistrate Judge

1242166_1.doc