4/6/11

Jury question:

Can we have the lanyards with the
1. Spirit product (2 lanyards)
2. All the Claims in dispute:
   1, 3, 12, 25, 35, 38

9-4883 (GEB)
Waddington v. Saibert
Jury Question #1
4/6/11

4/6/11

Jury has reached an
unanimous verdict

9-4883 (GEB)
Waddington v Saibert
Report of verdict
4/6/11

4|6|11

The Jury has reached an

Unanimous decision on

each item on the

Verdie Form (1 through 5, inclusive).

9-4883 (GEB)
Waddington v Sabert
2nd Repwt of Verdict
4/6/11