UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WADDINGTON NORTH AMERICA, INC.,

JUDGMENT IN A CIVIL CASE

v.

SABERT CORPORATION., ET AL.,

CASE NUMBER: 09-4883(GEB)

__X__   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____   Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be entered in favor of Defendant Sabert Corporation, et al., and against Plaintiff Waddington North America, Inc., as follows:

In favor of Defendant Sabert and against Plaintiff Waddington North America, Inc. as to Infringement; in favor of Defendant Sabert as to Willfulness; in favor of Defendant Sabert as to Obviousness; in favor of Defendant Sabert as to Written Description as to Claims 1 and 25, and in favor of Plaintiff Waddington North America, Inc. as to Claims 3, 12 and 35.  In favor of Defendant Sabert, no damages found.

Ordered this case be dismissed.

_____
Hon. Garrett E. Brown, Jr., U.S.D.J.

4/7/11